# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**19-9707**

**SECT. M MAG. 2**

Jason Jarrell Spikes

vs.

Brian Meisner

Civil Action

No.

Section " " Mag " "

## Motion for Further Guarantees In Criminal Prosecution

If you can't afford an attorney the state must provide one for you. On October 9, 2014 I was indicted on Att. Sec. Deg. Murder x3, and PWITD Cocaine. The public defender was David Knight he couldn't represent me because he was the lawyer for my co-defendant. So, the 22nd District Courtroom assigned me Brian Meisner, a pro-bono lawyer. I don't know who paid him, But he wasn't assigned by the 22nd Public Defender's Office. On March 11, 2019 he admitted that it was a conflict of interest and got off my case. That should be on my state-court record for the minutes of that courtroom on that day. He conspired with the rest of my defendants when I went to trail the first time and unto he got off my case. He didn't fully represent me my first trail and after that tried to get me to plea out to a charge that I didn't do.

4-1-19

Jason Spikes

### Certificate of Service

I hereby certify that I have served a copy of this document on all counsel to record either in person or by mailing it postage prepaid on this 1st day of April 2019

Jason Spikes

TENDERED FOR FILING

APR 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 70776
02 4W
0000351506 APR 12. 2019

$ 001.45⁰

Jason Jarrell Spikes
537035
Elayn Hunt Corr. Center
174
P.O. Box
St Gabriel, LA 70776

United States District Court
Eastern District of Louisiana
500 Poydras Avenue
Baton Rouge, LA 70130

