AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

```
Jason Jarrell Spikes
_____
         Petitioner
              v.
Brien Meisner
_____
         Respondent
```

)
)
)
)
)
)
)
)
)
)

Case No. ___SECT.MMAG.2___
(Supplied by Clerk of Court)

19-9707

*(name of warden or authorized person having custody of petitioner)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Jason (crossed out) Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes
2. Place of confinement:
   (a) Name of institution: David Wade Correctional Center
   (b) Address: 670 Bell Hill Rd. Homer, LA. 71040

   (c) Your identification number: 537025
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 22nd Judicial Court Franklinton, LA. 70438
   (b) Docket number of criminal case: 16-CRG-129568
   (c) Date of sentencing: 6-26-2017
   ☐ Being held on an immigration charge
   ☐ Other (explain):

TENDERED FOR FILING

MAY 29 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): The pro-bono lawyer wasn't hired by 22nd District Court Public Defender. Somebody from the 22nd District Court hired him

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 22nd District Courtroom Franklinton, LA. 70438
   (b) Docket number, case number, or opinion number: 14-CR8-12647
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I need a lawyer hired by the Public Defender Office 3x Att. Murder and P.U.I.D Cocaine
   (d) Date of the decision or action: March 11, 2019

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Louisiana Supreme Court
       (2) Date of filing: April 2019
       (3) Docket number, case number, or opinion number: N/A
       (4) Result: Still pending
       (5) Date of result:
       (6) Issues raised: He wasn't hired by the 22nd Public Defender Office. I need a lawyer that hired by the Public Defender not the District Courtroom 22nd. He is an ineffective counsler

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: Waiting on the first to go three

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: Waiting on the first to go thru

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ❏ Yes          ❏ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❏ Yes          ❏ No

        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:     Didn't File
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ❏ Yes          ❏ No

        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:     Didn't File
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _Didn't File_

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☐ Yes        ☐ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes        ☐ No
        If "Yes," provide:
        (1) Date of filing:
        (2) Case number:      _Didn't File_
        (3) Result:
        (4) Date of result:
        (5) Issues raised:

    (d) Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes        ☐ No
        If "Yes," provide:      _Didn't File_
        (1) Name of court:
        (2) Date of filing:
        (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____Didn't File_____

_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _____My 6th, 8th, 14th Amendment was broken_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
He wasn't hired by the 22nd Public Defenders Office he was hired by somebody at the 22nd Courtroom

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND TWO:** My 6th, 8th, 14th Amendment was broken

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
He is not trying to get my pro-se motions answered, and I filed them a year and a half ago. Also he's trying to get me to plea out to charges that passed statue of limitations. P.W.I.D cocaine is statue of limitations. I've been fighting the charges over three years incarcerated.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I presented them to the Louisiana Supreme Court

**Request for Relief**

15. State exactly what you want the court to do: Drop my pending charges. Also, all Civil, Criminally and Administrative liabilities.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
5-17-2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5-17-2019

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_



