**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JASON JARRELL SPIKES                         CIVIL ACTION

VERSUS                                        NO. 19-9707

BRIAN MEISSNER                                SECTION "M"


**O R D E R**

     Jason Jarrell Spikes has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2241.  In order for the Court to determine the action, if any, that shall be taken on this application,

     **IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana, and the District Attorney and Clerk of Court for Washington Parish, Louisiana.

     **IT IS FURTHER ORDERED** that the Attorney General and the District Attorney file an answer or response to the application, together with a legal memorandum of authorities in support thereof within thirty (30) days of the date of the issuance of this order.  The answer shall state whether petitioner has exhausted state court and administrative remedies and assert any other procedural and substantive defenses.  In the event the state contends that it has been prejudiced in its ability to respond by petitioner's delay in filing or that the petition is a second or successive petition, the answer shall set forth such contention with particularity.

     **IT IS FURTHER ORDERED** that the District Attorney shall file with the Court within thirty (30) days of the date of service a certified copy of the entire state court record, including transcripts of <u>all</u> proceedings held in the state courts, all documents filed in connection with any appeal or application for other relief, including administrative relief, presented to any and all state district or appellate courts, and copies of all state court and administrative dispositions.  In the

event the District Attorney is unable to produce any of the above documents, he shall advise this Court in writing why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to assure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for Washington Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130.

New Orleans, Louisiana this 10th day of June, 2019.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**